**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division**

| | |
|---|---|
| NANOENTEK, INC. and DIGITAL-BIO TECHNOLOGY CO., LTD.,<br><br>      Plaintiffs,<br><br>  v.<br><br>BIO-RAD LABORATORIES, INC,<br><br>      Defendant. | Case No. 2:ll-cv-00427-RBS-TEM |

**DECLARATION OF PETER J. CUOMO IN SUPPORT OF
PLAINTIFFS' OPPOSITION TO DEFENDANT'S MOTION TO TRANSFER VENUE**

I, Peter J. Cuomo, declare as follows:

1. I am an attorney in the Boston, Massachusetts office of Edwards Wildman Palmer LLP, which represents Plaintiffs NanoEnTek, Inc. and Digital-Bio Technology Co., Ltd. (collectively, "Digital-Bio") in this lawsuit. I have personal knowledge of the matters set forth herein and, if called upon as a witness, would and could competently testify thereto.

2. The document attached as Exhibit A is a true and accurate copy of the 2010 Annual Report of Defendant Bio-Rad Laboratories, Inc. ("Bio-Rad"), located at http://www.bio-rad.com/webroot/web/pdf/corporate/literature/Bio-Rad2010AnnualReport.pdf and downloaded by me on November 7, 2011.

3. The document attached as Exhibit B is Federal Court Statistics 2010, Table C-5, available at http://www.uscourts.gov/Viewer.aspx?doc=/uscourts/Statistics/ FederalJudicialCaseloadStatistics/2010/tables/C05Mar10.pdf and downloaded by me on November 7, 2011.

4. The document attached as Exhibit C is Bio-Rad's Form 10K for the year ending December 31, 2010, available at http://www.bio-rad.com/webroot/web/pdf/corporate/literature/10K_12-31-2010.pdf, and downloaded by me on November 7, 2011.

5. The document attached as Exhibit D is information regarding sales of Countess® products in the Commonwealth of Virginia provided by Digital-Bio's distributor Life Technologies ("Life") pursuant to subpoena (which is also attached along with Life's objections).

6. The document attached as Exhibit E is a search report for "Bio-Rad" from the State Corporation Commission's website for the Commonwealth of Virginia, located at https://sccefile.scc.virginia.gov/BusinessEntity/BusinessEntitySearch.aspx, and downloaded by me on October 26, 2011.

7. The document attached as Exhibit F is a true and accurate copy of a report showing contracts awarding Bio-Rad money under the American Recovery and Reinvestment Act for projects benefitting the Commonwealth of Virginia. The document was downloaded from http://stimulus.doa.virginia.gov by me on October 26, 2011.

8. The documents attached as Exhibit G are true and accurate copies of individual project reports showing contracts awarding Bio-Rad money under the American Recovery and Reinvestment Act for projects benefitting the Commonwealth of Virginia. The documents were downloaded from http://stimulus.doa.virginia.gov by me on November 5, 2011.

9. The document attached as Exhibit H is a true and accurate copy of a contract between Bio-Rad and Virginia Commonwealth University posted at http://www.vcu.edu/procurement/contracts/3000382JC-04_CSS.pdf, and downloaded by me on October 26, 2011.

10. The document attached as Exhibit I is a true and accurate copy of BioRadiations

Magazine, Number 121 reporting research results from a team at George Mason University at pages 22-25. The document was posted at http://www.biorad.com/webroot/web/pdf/lsr/literaturebr121.pdf, and downloaded by me on October 26, 2011.

11. The documents attached as <u>Exhibit J</u> are true and accurate copies of Bio-Rad promotional materials and featuring Kristi DeCourcy, PhD of Virginia Polytechnic Institute. The documents were downloaded from http://www.biorad.com by me on October 28, 2011.

12. The document attached as <u>Exhibit K</u> is a true and accurate copy of a Bio-Rad teaching module developed in-part by Kristi DeCourcy, PhD of Virginia Polytechnic Institute as reflected on page 2. The document was downloaded from http://www.biorad.com by me on October 26, 2011.

13. The document attached as <u>Exhibit L</u> is a true and accurate copy of PricewaterhouseCoopers LLP 2011 Patent Litigation study downloaded from http://www.pwc.com/us/en/ forensic-services/publications/ 2011-patent-litigation-study.jhtml by me on October 19, 2011.

14. Digital-Bio has retained a technical expert in Virginia who may testify depending on the issues and defenses raised by Bio-Rad.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 7th day of November, 2011 at Boston, Massachusetts.

_____
Peter J. Cuomo